# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NAKIA PETTUS,

    Plaintiff,

vs.                               CASE NO. 6:05-CV-1892-ORL-19JGG

UNITED STATES OF AMERICA,
DRUG ENFORCEMENT ADMINISTRATION,
LENORA MORRIS (DEA AGENT), AND
SUSAN C. HOLIMAN (DEA ADMIN. ATTY.),

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed June 14, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The Motion for Leave to Appeal In Forma Pauperis (Doc. No. 15, filed May 25, 2006) is hereby **DENIED** under 28 U.S.C. §1915(a)(3) as the appeal is not taken in good faith.

**DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of June, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record